JACK AHR, Plaintiff-Appellee, v. JOELLEN CONRARDY, Defendant-Appellant.

(No. 61239;

First District (4th Division)—May 14, 1975.

Opinion by Mr. PRESIDING JUSTICE DIERINGER.

Raymond R. Smith, of Chicago, for appellant.

No appearance for appellee.